THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAQUAN GIST, Appellant. [954 NYS2d 911]

The defendant's valid waiver of his right to appeal precludes

review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Stanley*, 99 AD3d 955 [2012]). Eng, P.J., Dillon, Leventhal and Hall, JJ., concur.